**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In re:**

**LUCIA BERNETTE JACKSON,** | **BANKRUPTCY CASE NO.: 8:15-bk-06591-CPM**

**Debtor.** | **CHAPTER 7**

**________________________/**

**STEPHEN L. MEININGER, as Chapter 7 Trustee of the estate of LUCIA BERNETTE JACKSON**

**Plaintiff,**

**v.** | **ADVERSARY PROCEEDING NO.: 8:16-ap-00329-CPM**

**PENN FOSTER, INC., a Pennsylvania corporation,**

**Defendant.**
**______________________________________/**

## NOTICE OF PENDING RESOLUTION

COMES NOW, Plaintiff Stephen L. Meininger, the Chapter 7 Trustee of the estate of Lucia Bernette Jackson, by and through undersigned counsel ("Plaintiff"), hereby submits the Notice of Pending Resolution and states that Plaintiff and Defendant Penn Foster, Inc., a Pennsylvania corporation, are in the process of memorializing a resolution in principle. Upon full and complete agreement as to all terms (monetary and non-monetary), completion of the

written settlement agreement, execution of same, performance, and followed by approval of the resolution by this Court, the parties will file the appropriate dismissal documents with this Court.

October 14, 2016

Respectfully Submitted,

**LASH WILCOX & GRACE PL**
4950 W. Kennedy Blvd., Suite 320
Tampa, Florida 33609
Phone: (813) 289-3200
Facsimile: 813-289-3250
Counsel for Plaintiff

/s/ Thomas A. Lash
**THOMAS A. LASH, ESQ.**
Florida Bar No. 849944
e-mail: tlash@lashandwilcox.com
Attorney for the Trustee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Pending Resolution* has been filed on October 14, 2016, I presented the foregoing to the Clerk of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system providing a copy of the same to all counsel of record via email.

/s/ Thomas A. Lash
Attorney